*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided June 5, 2007

STATE OF CONNECTICUT *v*. MARK A. EDWARDS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 100 Conn. App. 565 (AC 27113), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Denise B. Smoker*, senior assistant state's attorney, in support of the petition.

*Pamela S. Nagy*, special public defender, in opposition.

Decided June 5, 2007

MARIA FERNANDES *v*. EYVIND RODRIGUEZ ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 703 (AC 27848), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Eyvind Rodriguez*, pro se, in support of the petition.

*Albert A. Lochiatto*, in opposition.

Decided June 5, 2007